

OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

May 4, 2015

**<u>Via CM/ECF</u>**
Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     *Re:*    *Thomas v. Apple-Metro, Inc.*, No. 15-1032

Dear Ms. Wolfe,

     We represent the Plaintiffs-Appellants in the above-referenced appeal. Pursuant Rule 31.2 of the Appellate Rules of Procedure, Appellants respectfully request that the Court set Tuesday, July 21, 2015, as the deadline to file Appellants' Brief.

     Respectfully submitted,

Justin M. Swartz

3 Park Avenue, 29th Floor, New York, NY 10016  Tel 212-245-1000  Fax 646-509-2060
161 N. Clark Street, Suite 4700, Chicago, IL 60601  312-809-7010  Fax 312-809-7011
One Embarcadero Center, 38th Floor, San Francisco, CA 94111  Tel 415-638-8800  Fax 415-638-8810
og@outtengolden.com  www.outtengolden.com